NYSCEF  
New York County Supreme Court

**Document List**  
**Index #  654038/2018**  
Created on:08/14/2018 03:45 PM

Case Caption:  **Sean Rad et al - v. - IAC/InterActiveCorp et al**

Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|------|---------------------------|--------|---------------|----------|
| 1 | SUMMONS<br>Summons | Processed | 08/14/2018 | Snyder, O. |
| 2 | COMPLAINT<br>Complaint | Processed | 08/14/2018 | Snyder, O. |