UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN RAD, JONATHAN BADEEN, PAUL CAFARDO, GARETH JOHNSON, JAMES KIM, ALEXA MATEEN, JUSTIN MATEEN, JOSHUA METZ, RYAN OGLE, and ROSETTE PAMBAKIAN,<br><br>      Plaintiffs,<br><br>  v.<br><br>IAC/INTERACTIVECORP and MATCH GROUP, INC.,<br><br>      Defendants. | Case No. 18 Civ. 7358 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Match Group, Inc., through its counsel, hereby provides the following corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1: Match Group, Inc. ("Match") is a publicly traded company. IAC/InterActiveCorp, a publicly held corporation, owns more than ten percent of Match's stock.

Dated: August 14, 2018　　　　　　　　　Respectfully Submitted,

               **WACHTELL LIPTON ROSEN & KATZ**

               /s/ Marc Wolinsky
               Marc Wolinsky
               Stephen R. DiPrima
               Nathaniel D. Cullerton
               Jonathan Siegel
               Wachtell, Lipton, Rosen & Katz
               51 West 52nd Street
               New York, New York 10019
               Telephone: (212) 403-1000

               *Attorneys for Match Group, Inc.*