SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
SEAN RAD, JONATHAN BADEEN, :
PAUL CAFARDO, GARETH JOHNSON, :
JAMES KIM, ALEXA MATEEN, :
JUSTIN MATEEN, JOSHUA METZ, :
RYAN OGLE, and ROSETTE PAMBAKIAN, : Index No.
:
Plaintiffs, : **SUMMONS**
:
\- against - : Date Filed: August 14, 2018
:
IAC/INTERACTIVECORP and :
MATCH GROUP, INC., :
:
Defendants. :
:
\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE ABOVE-NAMED DEFENDANTS:

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiffs' attorneys an answer to the complaint in this action within twenty days after the service of this summons, exclusive of the day of service, or within thirty days after the service is complete if this summons is not personally delivered to you within the State of New York. In case of your failure to appear or answer, judgment will be taken against you by default, in accordance with the complaint herein.

Plaintiffs designate New York County as the place of venue. Venue is properly based in this Court under CPLR § 503(a) and (c).

Dated: New York, New York
August 14, 2018

GIBSON, DUNN & CRUTCHER, LLP

By: /s/ Orin Snyder

Orin Snyder
Matthew Benjamin
Laura Raposo
Connor Sullivan
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
OSnyder@gibsondunn.com
MBenjamin@gibsondunn.com
LRaposo@gibsondunn.com
CSSullivan@gibsondunn.com

Christine Demana
2100 McKinney Avenue
Dallas, TX 75201-6912
Telephone: 214.698.3100
CDemana@gibsondunn.com

*Attorneys for Plaintiffs Sean Rad, Jonathan Badeen, Paul Cafardo, Gareth Johnson, James Kim, Alexa Mateen, Justin Mateen, Joshua Metz, Ryan Ogle, and Rosette Pambakian*

TO:  IAC/INTERACTIVECORP
c/o CT Corporation System
111 Eighth Avenue
New York, New York 10011

MATCH GROUP, INC.
c/o CT Corporation System
111 Eighth Avenue
New York, New York 10011