UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN RAD, JONATHAN BADEEN, PAUL CAFARDO, GARETH JOHNSON, JAMES KIM, ALEXA MATEEN, JUSTIN MATEEN, JOSHUA METZ, RYAN OGLE, and ROSETTE PAMBAKIAN,<br><br>                    Plaintiffs,<br><br>          v.<br><br>IAC/INTERACTIVECORP and MATCH GROUP, INC.,<br><br>                    Defendants. | Case No. 18 Civ. 7358<br><br>**MATCH'S NOTICE WITHDRAWING REMOVAL** |

Upon receipt of additional information, Defendant Match Group, Inc. ("Match") respectfully withdraws its notice of removal, Dkt. Nos. 1 and 4, and stipulates to remand to the Supreme Court of the State of New York, New York County.  Match states as follows:

1.      Prior to filing its notice of removal, Match's counsel inquired of defendant IAC/InterActiveCorp ("IAC") and of IAC's registered agent, CT Corporation, and was advised that neither had any record of service of the complaint in this action on IAC.

2.      IAC was subsequently informed at 3:02 PM on August 15, 2018 by CT Corporation that service had been made on August 14, 2018, prior to the time that Match filed its petition for removal.

3.      In light of these newly-learned facts, Match is therefore promptly filing this notice of withdrawal of its request for removal, and respectfully requests that the clerk take such steps as are necessary to permit the action captioned *Rad, et al.* v. *IAC/InterActiveCorp, et al.*, Index No. 654038/2018 to be remanded to and proceed in the Supreme Court of the State of New York, New York County.

Dated: August 15, 2018                Respectfully Submitted,

**WACHTELL LIPTON ROSEN & KATZ**


/s/ Marc Wolinsky
Marc Wolinsky
Stephen R. DiPrima
Aneil Kovvali
Nathaniel D. Cullerton
Jonathan Siegel
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019
Telephone:  (212) 403-1000

*Attorneys for Match Group, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 15th day of August, 2018, a true and correct copy of the foregoing notice was served via e-mail and U.S. mail, first-class, postage pre-paid, to the following counsel of record:

Orin Snyder
Matthew Benjamin
Laura Raposo
Connor Sullivan
Gibson, Dunn & Crutcher
200 Park Avenue
New York, NY  10166
Telephone: (212) 351-4000
OSnyder@gibsondunn.com
MBenjamin@gibsondunn.com
LRaposo@gibsondunn.com
CSSullivan@gibsondunn.com

Christine Demana
2100 McKinney Avenue
Dallas, TX  75201
Telephone:  (214) 698-3100
CDemana@gibsondunn.com

*Attorneys for Plaintiffs Sean Rad, Jonathan Badeen, Paul Cafardo, Gareth Johnson, James Kim, Alexa Mateen, Justin Mateen, Joshua Metz, Ryan Ogle, and Rosette Pambakian,*

/s/ Aneil Kovvali