UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN RAD, JONATHAN BADEEN, PAUL CAFARDO, GARETH JOHNSON, JAMES KIM, ALEXA MATEEN, JUSTIN MATEEN, JOSHUA METZ, RYAN OGLE, and ROSETTE PAMBAKIAN,<br><br>              Plaintiffs,<br><br>           v.<br><br>IAC/INTERACTIVECORP and MATCH GROUP, INC.,<br><br>              Defendants. | Case No. 18 Civ. 7358<br><br>**[PROPOSED] ORDER WITHDRAWING REMOVAL AND REMANDING TO STATE COURT** |

Upon receipt of additional information, Defendant Match Group, Inc. ("Match") respectfully withdraws its notice of removal, Dkt. Nos. 1 and 4, and requests that the Court order that this action be remanded to the Supreme Court of the State of New York, New York County. In support of its request, Match states as follows:

1. Prior to filing its notice of removal, Match's counsel inquired of defendant IAC/InterActiveCorp ("IAC") and of IAC's registered agent, CT Corporation, and was advised that neither had any record of service of the complaint in this action on IAC.

2. IAC was subsequently informed at 3:02 PM on August 15, 2018 by CT Corporation that service had been made on August 14, 2018, prior to the time that Match filed its petition for removal.

3. In light of these newly-learned facts, Match is therefore promptly filing this notice of withdrawal of its request for removal, and respectfully requests that the Court remand the action to the Supreme Court of the State of New York, New York County.

Dated: August 16, 2018　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　**WACHTELL LIPTON ROSEN & KATZ**


　　　　　　　　　　　　　　　　　　/s/ Marc Wolinsky
　　　　　　　　　　　　　　　　　　Marc Wolinsky
　　　　　　　　　　　　　　　　　　Stephen R. DiPrima
　　　　　　　　　　　　　　　　　　Aneil Kovvali
　　　　　　　　　　　　　　　　　　Nathaniel D. Cullerton
　　　　　　　　　　　　　　　　　　Jonathan Siegel
　　　　　　　　　　　　　　　　　　Wachtell, Lipton, Rosen & Katz
　　　　　　　　　　　　　　　　　　51 West 52nd Street
　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　Telephone:  (212) 403-1000

　　　　　　　　　　　　　　　　　　*Attorneys for Match Group, Inc.*

**SO ORDERED:**


_____

　　**U.S.D.J.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 16th day of August, 2018, a true and correct copy of the foregoing notice was served via e-mail and U.S. mail, first-class, postage pre-paid, to the following counsel of record:

Orin Snyder
Matthew Benjamin
Laura Raposo
Connor Sullivan
Gibson, Dunn & Crutcher
200 Park Avenue
New York, NY  10166
Telephone: (212) 351-4000
OSnyder@gibsondunn.com
MBenjamin@gibsondunn.com
LRaposo@gibsondunn.com
CSSullivan@gibsondunn.com

Christine Demana
2100 McKinney Avenue
Dallas, TX  75201
Telephone:  (214) 698-3100
CDemana@gibsondunn.com

*Attorneys for Plaintiffs Sean Rad, Jonathan Badeen, Paul Cafardo, Gareth Johnson, James Kim, Alexa Mateen, Justin Mateen, Joshua Metz, Ryan Ogle, and Rosette Pambakian,*

/s/ Aneil Kovvali