USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 08/17/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN RAD, JONATHAN BADEEN, PAUL CAFARDO, GARETH JOHNSON, JAMES KIM, ALEXA MATEEN, JUSTIN MATEEN, JOSHUA METZ, RYAN OGLE, and ROSETTE PAMBAKIAN, <br><br>            Plaintiffs, <br><br>       v. <br><br> IAC/INTERACTIVECORP and MATCH GROUP, INC., <br><br>            Defendants. | Case No. 18 Civ. 7358 <br><br> **~~[PROPOSED]~~ ORDER WITHDRAWING REMOVAL AND REMANDING TO STATE COURT** |

Upon receipt of additional information, Defendant Match Group, Inc. ("Match") respectfully withdraws its notice of removal, Dkt. Nos. 1 and 4, and requests that the Court order that this action be remanded to the Supreme Court of the State of New York, New York County. In support of its request, Match states as follows:

1.      Prior to filing its notice of removal, Match's counsel inquired of defendant IAC/InterActiveCorp ("IAC") and of IAC's registered agent, CT Corporation, and was advised that neither had any record of service of the complaint in this action on IAC.

2.      IAC was subsequently informed at 3:02 PM on August 15, 2018 by CT Corporation that service had been made on August 14, 2018, prior to the time that Match filed its petition for removal.

3.      In light of these newly-learned facts, Match is therefore promptly filing this notice of withdrawal of its request for removal, and respectfully requests that the Court remand the action to the Supreme Court of the State of New York, New York County.

Dated: August 16, 2018                    Respectfully Submitted,

                                          **WACHTELL LIPTON ROSEN & KATZ**


                                          /s/ Marc Wolinsky
                                          Marc Wolinsky
                                          Stephen R. DiPrima
                                          Aneil Kovvali
                                          Nathaniel D. Cullerton
                                          Jonathan Siegel
                                          Wachtell, Lipton, Rosen & Katz
                                          51 West 52nd Street
                                          New York, New York 10019
                                          Telephone:  (212) 403-1000

                                          *Attorneys for Match Group, Inc.*

**SO ORDERED:**


Edgardo Ramos, U.S.D.J
Dated: 08/17/2018
New York, New York

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 16th day of August, 2018, a true and correct copy of the foregoing notice was served via e-mail and U.S. mail, first-class, postage pre-paid, to the following counsel of record:

> Orin Snyder
> Matthew Benjamin
> Laura Raposo
> Connor Sullivan
> Gibson, Dunn & Crutcher
> 200 Park Avenue
> New York, NY  10166
> Telephone: (212) 351-4000
> OSnyder@gibsondunn.com
> MBenjamin@gibsondunn.com
> LRaposo@gibsondunn.com
> CSSullivan@gibsondunn.com
>
> Christine Demana
> 2100 McKinney Avenue
> Dallas, TX  75201
> Telephone:  (214) 698-3100
> CDemana@gibsondunn.com
>
> *Attorneys for Plaintiffs Sean Rad, Jonathan Badeen, Paul Cafardo, Gareth Johnson, James Kim, Alexa Mateen, Justin Mateen, Joshua Metz, Ryan Ogle, and Rosette Pambakian,*

/s/ Aneil Kovvali